**STATE of Missouri, Respondent,**

v.

**Albert WILLIAMS, Appellant.**

**No. WD 36943.**

Missouri Court of Appeals, Western District.

June 24, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied Sept. 16, 1986.

Sean O'Brien, Public Defender, Davis S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of robbery in the second degree, § 569.030 RSMo 1978, and sentence of eight years' imprisonment.

Judgment affirmed. Rule 30.25(b).